IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION C. WOLFE, JR.,

    Plaintiff,               No. CIV S-05-1817 MCE JFM P

  vs.

DIRECTOR JEANNE S. WOODFORD, et al.,

    Defendants.            <u>ORDER</u>

                              /

Plaintiff has requested extensions of time to file and serve an opposition to defendants' March 6, 2006 motion to dismiss and to file and serve a reply to defendants' answer. Good cause appearing, plaintiff's request for an extension of time to file an opposition to the motion to dismiss will be granted.

Plaintiff has filed a request for an extension of time to file a reply to defendants' answer. Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer</u>.

1

Fed. R. Civ. P. 7(a) (emphasis added). The court has not ordered plaintiff to reply to defendants' answer and declines to make such an order. Thus, plaintiff's March 17, 2006 request for extension to file such a reply will be denied.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's March 17, 2006 request for extension of time to file an opposition is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' March 6, 2006 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

3. Plaintiff's March 17, 2006 request for extension of time to file a reply to defendants' answer is denied.

DATED: March 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp/001
wolf1817.36

2