IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION C. WOLFE, JR.,

       Plaintiff,                     No. CIV S-05-1817 MCE JFM P

    vs.

DIRECTOR JEANNE S. WOODFORD, et al.,

       Defendants.              ORDER

          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action. On December 1, 2006, two sets of findings and recommendations were issued ruling on dispositive motions. In light thereof, the December 22, 2006 pretrial conference and March 14, 2007 trial dates will be vacated. Said dates will be reset, if appropriate, once the district court addresses the pending findings and recommendations.

          Good cause appearing, IT IS HEREBY ORDERED that:

          1. The December 22, 2006 pretrial conference is vacated; and

          2. The jury trial set for March 14, 2007 at 9:00 a.m. before the Honorable Morrison C. England, Jr., is vacated.

DATED: December 11, 2006.

                                                      UNITED STATES MAGISTRATE JUDGE

/001; wolf1817.vac