IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION C. WOLFE, JR., | No. 2:05-cv-1817-MCE-JFM-P |
| Plaintiff, | |
| v. | ORDER |
| JEANNE S. WOODFORD, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On December 1, 2006, the magistrate judge filed two separate findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. Both findings and recommendations filed December 1, 2006 (docket nos. 26 & 27) are adopted in full;

2. Defendants' March 6, 2006 motion to dismiss is granted;

3. Plaintiff's claims against defendants Knowles, Palmer and Woodford are dismissed; and

4. This action is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 4, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE